IN THE UNITED STATES BANKRUPTCY COURT
WESTERN OF ARKANSA

IN RE: MARILYN LOUISE ERICKSON, DEBTOR     CASE NO.: 19-70508
                                            CHAPTER 7

## MOTION TO WAIVE APPEARANCE
## AND APPEAR BY DEPOSITION

Comes now Marilyn Louise Erickson, by and through her attorney, Paul Bayless, and for her Motion to Waive Appearance at a 341 Meeting of Creditors states as follows:

1. The Debtor is scheduled to appear at the 341 Meeting of Creditors on April 15, 2019 at 2:00 pm in Fayetteville, Arkansas.

2. The Debtor fell and broke her hip and was in the hospital. She is now re-cooperating in a rehabilitation center and is unable to attend her 341 Meeting of Creditors. See letter from Doctor attached hereto as Exhibit "A".

4. Therefore, Debtor requests that her attendance at the 341 Creditor's meeting be waived and that she allowed to appear by written deposition submitted by Trustee.

Wherefore, Marilyn Louise Erickson, Debtor herein, prays that her attendance at the 341 Creditor's Meeting be waived and that she be allowed to appear by written deposition submitted by Trustee.

MARILYN LOUISE ERICKSON,
Debtor

BY: /s/ Paul Bayless
Paul Bayless, his attorney
Cooper & Bayless, P.A.
222 W. 6th Street
Mountain Home, AR 72653
cooplaw@suddenlinkmail.com
Phone: 870-425-6400
Fax:    870-425-6411

### CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing Motion was electronically served on the U.S. Bankruptcy Trustee, Biance Rucker, and to all creditors per creditors address matrix on this 1st day of March, 2019.

/s/ Paul Bayless         .
Paul Bayless, attorney for Debtor

Exhibit "A"

February 27, 2019

To Whom It May Concern:

RE: Marilyn Erickson

1.24.34

Dear Sir or Madam:

Ms. Erickson has recently suffered a hip fracture and therefore is unable to attend her upcoming court session.

With Regards,

*[signature]*

Shawn D. Bogle, M.D.

SDB/daj

624 HOSPITAL DRIVE, MOUNTAIN HOME, AR 72653
(870) 508-1000 | www.baxterregional.org

Baxter Regional Medical Center

Exhibit "A"