# UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| MARILYN LOUISE ERICKSON | ) CASE NO.: 3:19-bk-70508 |
| | ) CHAPTER: 7 |
| DEBTOR(S). | ) |
| _____/ | |

## ORDER WITHDRAWING MOTION FOR RELIEF FROM AUTOMATIC STAY (DOCUMENT NO. 10)

Being fully advised, the Court hereby Orders the Motion for Relief filed by Nationstar Mortgage LLC d/b/a Mr. Cooper, [DE 10] withdrawn. All pending hearings on the motion are canceled.

IT IS SO ORDERED.

_____
Ben Barry
United States Bankruptcy Judge
Dated: 05/16/2019

Prepared by:
Albertelli Law
James McPherson, Bar Number: 2011038