Form NOA

# UNITED STATES BANKRUPTCY COURT
## Western District of Arkansas

## NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

**Debtor(s):**
Marilyn Louise Erickson
769 Airport 980
Flippin, AR 72634

| **Case Number:** <br> 3:19–bk–70508 | **Social Security/Taxpayer ID Nos.:** <br> xxx–xx–0924 |
|---|---|
| **Chapter:** <br> 7 | **Judge:** <br> Honorable Ben T Barry |
| **Attorney for Debtor(s):** <br> Paul Allen Bayless <br> COOPER & BAYLESS, P.A. <br> 222 W. 6th Street <br> Mountain Home, AR 72653 <br> Telephone number: 870–425–6400 | **Trustee:** <br> Bianca Rucker <br> Chapter 7 Panel Trustee <br> 1 East Center Street <br> Suite 215 <br> Fayetteville, AR 72701 <br> Telephone number: 479–445–6340 |

It appears from the schedules that when this case was instituted, there were no assets from which dividends could be paid to creditors, and the notice of initial meeting of creditors so indicated.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

**10/22/19**

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. A proof of claim may be filed on–line, by mail, or in person at the Bankruptcy Court Clerk's office. To file on–line, simply go to the Court's website at http://www.arb.uscourts.gov and click Proof of Claim Filings under Creditor Links. If you wish to file in person or by mail, you must obtain an official proof of claim form (Form B410) from http://www.uscourts.gov or from any bankruptcy clerk's office.

IF NOT FILING ON–LINE, MAIL CLAIMS TO: U.S. Bankruptcy Court, 35 E. Mountain St., Ste. 316, Fayetteville, AR 72701

IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.

Dated: 7/22/19

For the Court:
Jean Rolfs, Clerk