## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

**In Re:**

| | |
|---|---|
| **MARILYN L. ERICKSON** | **Case No. 3:19-bk-70508** |
| **Debtor** | **Ch. 7** |

## APPLICATION TO APPROVE EMPLOYMENT OF SPECIAL COUNSEL

Bianca Rucker, the duly appointed and acting Trustee for the above-captioned estate ("Trustee"), for her Application to Approve Employment of Special Counsel pursuant to Bankruptcy Rule 2014, respectfully states:

1.      On February 25, 2019, the Debtor filed a voluntary Chapter 7 bankruptcy proceeding, and Bianca Rucker was appointed Trustee.

2.      The Trustee wishes to employ Jennifer Gray of Watkins, Boyer, Gray & Curry, PLLC (the "Firm"), which maintains an office at 1106 W. Poplar St., Rogers, Arkansas, an attorney admitted to practice in Arkansas and in this Court, as legal counsel in this case to assist the Trustee with an eviction.

3.      The Trustee has selected the Firm because it has valuable experience in evictions.

4.      To the best of Trustee's knowledge, the Firm has no connection with the creditors, any other party in interest, or their respective attorneys, except as set forth herein on Exhibit A, and the Trustee believes the Firm's employment is in the best interest of this estate.

5.      To the best of Trustee's knowledge, neither Jennifer Gray nor the Firm holds or represents any adverse interest to the estate and both are disinterested within the meaning of 11 U.S.C. §§ 101(14) and 327(a).

6.      The Firm charges $275.00 per hour for attorney work and $75.00 per hour

for paralegal work.  The Firm understands that recovery of fees and costs is subject to

Trustee review, Court approval and sufficient proceeds in the bankruptcy estate.

WHEREFORE, the Trustee respectfully requests that her Application to Approve

Employment of Special Counsel is approved, and for all other relief to which she is

entitled.

Respectfully submitted

/s/ Bianca Rucker

Bianca Rucker (2006310)
One East Center Street, Suite 215
Fayetteville, AR 72701
(479) 445-6340
ruckerlaw@outlook.com
*Counsel for Trustee*

## CERTIFICATE OF SERVICE

I certify that on August 14, 2019, the foregoing Application was filed with the
Clerk of the Court via the CM/ECF filing system which will generate a Notice of
Electronic Filing of the above pleading to all registered CM/ECF Filing Users in the
above-captioned case, including the debtors' counsel and the U.S. Trustee.

/s/ Bianca Rucker

Bianca Rucker

<u>**EXHIBIT A**</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**In Re:**

| | |
|---|---|
| **MARILYN L. ERICKSON** | **Case No. 3:19-bk-70508** |
| **Debtor** | **Ch. 7** |

<u>**AFFIDAVIT OF DISINTERESTEDNESS**</u>

STATE OF ARKANSAS

COUNTY OF BENTON

I, Jennifer Gray, swear:

1. That I am an attorney, duly licensed in the State of Arkansas.

2. That I am an attorney in the firm of Watkins, Boyer, Gray & Curry, PLLC (the "Firm"), which maintains an office at 1106 W. Poplar St., Rogers, Arkansas.

3. Except as stated herein, or in the Trustee's Application, and to the best of my knowledge, neither the Firm nor I have any other connection with the Debtor, any of the Debtor's creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee. I discussed this case with the Trustee, and I have been hired as counsel by the Trustee in an unrelated case.

4. That I and the Firm are disinterested parties within the meaning of 11 U.S.C. §§ 101(14) and 327(a) and do not hold or represent any interest adverse to the estate.

5. That to date the undersigned has been paid nothing by the Trustee in connection with this matter.

6. That the undersigned has received no transfer, assignment or pledge of

property.

     7.  That the undersigned has not shared or agreed to share said fees with any person other than members of Watkins, Boyer, Gray & Curry, PLLC.

     8.  That I understand compensation is contingent on Court approval and the terms in the attached Application, which I on behalf of the Firm have reviewed.

Respectfully submitted,

Jennifer Gray
Ark. Bar No. 2001221
Watkins, Boyer, Gray & Curry, PLLC
1106 West Poplar Street
Rogers, AR 72756
(479) 636-2168

SUBSCRIBED AND SWORN TO before me, a Notary Public, this 14th day of

August , 2019.

/s/ Amy Benson
Notary Public

My Commission Expires:
_____

Commission No.:
_____

AMY BENSON
MY COMMISSION # 12392434
EXPIRES: April 10, 2023
Benton County