United States Bankruptcy Court
Western District of Arkansas

In re:  Case No. 19-70508-btb
Marilyn Louise Erickson  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0861-3  User: arch  Page 1 of 1  Date Rcvd: Aug 15, 2019
                  Form ID: pdf08Ac  Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 17, 2019.
sp        +Jennifer E. Gray,   Watkins, Boyer, Gray & Curry, PLLC,   1106 West Poplar Street,    Rogers, AR 72756-4244

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                        TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 17, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2019 at the address(es) listed below:
           Bianca  Rucker    on behalf of Trustee Bianca  Rucker ruckerlaw@outlook.com,
            jruckerlaw@outlook.com;pbruckerlaw@outlook.com;gjruckerlaw@outlook.com
           Bianca  Rucker    ruckerlaw@outlook.com,
            jruckerlaw@outlook.com;pbruckerlaw@outlook.com;gjruckerlaw@outlook.com;AR37@ecfcbis.com
           James Michael McPherson    on behalf of Creditor    Nationstar Mortgage LLC jmcpherson@alaw.net,
            bkar@alaw.net;anhasalaw@infoex.com
           Paul Allen Bayless    on behalf of Debtor Marilyn Louise Erickson cooplaw@suddenlinkmail.com
           U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov,
            Shari.Sherman@usdoj.gov;Cecilia.A.Boyle@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov
                                                                                         TOTAL: 5

### IN THE UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF ARKANSAS
### HARRISON DIVISION

**In re:**

| | |
|---|---|
| **MARILYN L. ERICKSON** | Case No. 3:19-bk-70508 |
| **Debtor** | Ch. 7 |

### ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT OF ATTORNEY

On August 14, 2019, Bianca Rucker, the duly appointed and acting Trustee for the above-captioned estate ("Trustee"), filed her Application to Approve Employment of Special Counsel (Dkt. No. 45) pursuant to 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014. Based on a review of the Application, its exhibits, and the Court's docket, the Court finds that the Application is APPROVED, and the Trustee is authorized to employ Jennifer Gray of Watkins, Boyer, Gray & Curry, PLLC at 1106 West Poplar Street, Rogers, AR 72756 on the terms stated therein.

IT IS SO ORDERED.

_____
Ben Barry
United States Bankruptcy Judge
Dated: 08/15/2019

PROPOSED ORDER PREPARED BY:

*/s/ Bianca Rucker*_____
Bianca Rucker (2006310)
Rucker Law PLLC
*Counsel for Bianca Rucker, Trustee*

EOD: August 15, 2019