# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF ARKANSAS
## HARRISON DIVISION

In re:

| | |
|---|---|
| MARILYN L. ERICKSON | Case No. 3:19-bk-70508 |
| Debtor | Ch. 7 |

## ORDER GRANTING APPLICATION TO APPROVE EMPLOYMENT

On November 7, 2019, Bianca Rucker, the duly appointed and acting Trustee for the above-captioned estate ("Trustee"), filed her Application to Employ BK Global Real Estate Services to Procure Consented Public Sale pursuant to 11 U.S.C § 363. Based on a review of the Application, its exhibits, and the Court's docket, the Court finds that the Application to employ BK Global Real Estate Services located at 1095 Broken Sound Parkway, N.W., Suite 100, Boca Raton, Florida 33487, is APPROVED and the Trustee is authorized to employ BK Global Real Estate Services in the above-captioned case.

IT IS SO ORDERED.

/s/ Ben Barry
Ben Barry
United States Bankruptcy Judge
Dated: 11/07/2019

PROPOSED ORDER PREPARED BY:

*/s/ Bianca Rucker*
Bianca Rucker (2006310)
Rucker Law PLLC
One East Center St., Ste. 215
Fayetteville, AR 72701
Counsel for Bianca Rucker, Trustee

EOD: November 7, 2019